**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

IN RE:                                              CASE NO. 09-24098-BKC-PGH

GREGORY STEVEN MILLER                CHAPTER 7 Proceeding
MARYELLEN MILLER,

               Debtor(s)                  /

### TRUSTEE'S NOTICE OF DEPOSIT OF FUNDS WITH
### THE U.S. BANKRUPTCY COURT CLERK

**Notice is hereby given that:**

(XX)    The Trustee has a balance of **$246.29** remaining in the Trustee's account which represents unpresented checks drawn and mailed to entities pursuant to the final distribution under U.S.C. §§ 726, 1226 or 1326 in a case under chapter 7, 12 or 13. The Trustee has made a good faith effort to verify the correct mailing addresses for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment; or

(  )    The Trustee has a balance of $ remaining in the Trustee's account which represents small dividends as defined by Bankruptcy Rule 3010.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names, claim numbers and addresses of the claimants and the amounts to which each is entitled.

**WHEREFORE,** the Trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of the estate.

Dated: March 10, 2011                         By: /S/ *Robert C. Furr, Trustee*
                                                            Robert C. Furr, Trustee
                                                            2255 Glades Road, Suite 337W
                                                            Boca Raton, Florida 33431
                                                            Telephone: (561)395-1840
                                                            Facsimile: (561) 338-7532
                                                            E-mail address: trustee@furrtrustee.com

[Stamp: U.S. BANKRUPTCY COURT, SO DISTRICT OF FLORIDA WPB, MAR 14 2011, FILED / RECEIVED]


PAID #134693

# EXHIBIT

| Claim Number | Claimant Name/Address | Filed Claim Amount | Dividend Amount |
|---|---|---|---|
| 7 | Chase Bank USA<br>c/o Creditor Bankruptcy Serv<br>P.O. Box 740933<br>Dallas, TX  75374 | $13,787.92 | $114.50 |
| 15 | Gunster Yoakley & Stewart<br>777 South Flagler Drive #500<br>West Palm Beach, FL  33401 | $15,869.23 | $131.79 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Revised 02/01/00

2